IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIFFANY R. HENDERSON )
) No. 3-14-0824
v. )
)
ATKINS NORTH AMERICA )

O R D E R

Pursuant to the order entered May 12, 2014 (Docket Entry No. 14), counsel for the parties called the Court on August 7, 2014, at which time the following matters were addressed:

1. The parties were not able to reach a resolution during the EEOC mediation.

2. The plaintiff will not seek to add the claims she made in the EEOC charge into this case.

3. All depositions for proof shall be taken by December 12, 2014, in the event that any such depositions are actually needed and unless an unexpected need for such a deposition arises after December 12, 2014.

4. Any discovery motion shall be filed by December 22, 2014.

5. Since defendant's counsel expressed some willingness to explore the potential for resolving the FLSA claims in this case separately from the EEOC claims, the plaintiff will relay to defendant's counsel a settlement demand relating to the claims in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge